United States District Court
Southern District of Texas
**ENTERED**
September 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRANCE DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-03042 |
| | § | |
| WANDA ISBELL, VIRGINIA LOVELL, | § | |
| ADRIAN AMONETT and CMHC-UTMB, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTIONS TO APPOINT COUNSEL

Terrance Davis, an inmate in the Texas Department of Criminal Justice, filed a lawsuit alleging violations of his civil rights. Davis has also filed two motions for the appointment of counsel.

A civil rights plaintiff has no automatic right to the appointment of counsel. *See Hulsey v. State of Texas*, 929 F.2d 168, 172-73 (5th Cir. 1991) (citing *Freeze v. Griffith*, 849 F.2d 172, 175 (5th Cir. 1988); *Ulmer v. Chancellor*, 691 F.2d 209, 212 (5th Cir. 1982)). The appointment of counsel is not required unless a case presents exceptional circumstances. *See Hulsey*, 929 F.2d at 173 (citing *Ulmer*, 691 F.2d at 212-13).

Davis's motions state that Davis is an indigent inmate. These circumstances are common, not exceptional. Because Davis does not identify any exceptional circumstances, his motions for appointment of counsel (Dkt. Nos. 4 and 18) are **DENIED**. The Court will appoint counsel on its own motion at a later date if it determines that such appointment is appropriate.

It is SO ORDERED.

Signed on September 26, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**